917 F.2d 1306
 Unpublished Disposition
NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
James BREWER, Petitioner-Appellee,
v.
John T. SHETTLE, Superintendent, Indiana Department of
Corrections and Norman J. Hunt, Director,
Diagnostic Center, Plainfield, Indiana,
Respondents-Appellants.
 No. 90-2530.
 United States Court of Appeals, Seventh Circuit.
 Argued Oct. 30, 1990.
Decided Nov. 1, 1990.
 
 Before COFFEY, EASTERBROOK and KANNE, Circuit Judges.
 
 ORDER
 
 1
 We affirm the order of the district court directing that a writ of habeas corpus shall issue unless the State of Indiana conducts a new sentencing hearing for James Brewer within 90 days of the issuance of the mandate. An opinion will follow in due course.